COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:     01-20-00082-CV

Trial Court Cause
Number:     D-1-GN-19-002798

Style:     Kim Coogan

    v. Office of the Attorney General

Date motion filed*:     December 4, 2020

Type of motion:     Motion to Withdraw

Party filing motion:     Adam Arthur Biggs

Document to be filed:     N/A

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☒   Granted

Judge's signature: /s/ Sarah Beth Landau
       ☒ Acting individually     ☐ Acting for the Court

Date: December 17, 2020